# **EXHIBIT 4A**

## Income Statement

| ($ in Millions) | Fiscal Year Ending December 31, | | | |
|---|---|---|---|---|
| | 2010E | 2011E | 2012E | 2013E |
| **Operating Revenue** | | | | |
| Local | $114 1 | $118 6 | $124 1 | $128 8 |
| *% Growth* | *4 3%* | *4 0%* | *4 6%* | *3 7%* |
| National | 43 9 | 45 3 | 47 0 | 48 5 |
| *% Growth* | *2 1%* | *3 2%* | *3 7%* | *3 2%* |
| Network | (0 0) | - | - | - |
| *% Growth* | *NA* | *NA* | *NA* | *NA* |
| Political | 17 7 | 3 8 | 19 9 | 1 8 |
| *% Even/Odd Growth* | *1 9%* | *175 6%* | *12 2%* | *(52 1%)* |
| Barter | 2 4 | 2 4 | 2 5 | 2 6 |
| *% Growth* | *(35 6%)* | *1 8%* | *3 5%* | *1 8%* |
| Other | 16 4 | 17 1 | 17 7 | 18 3 |
| *% Growth* | *8 0%* | *4 6%* | *3 2%* | *3 8%* |
| Total Operating Revenue | $194 5 | $187 3 | $211 2 | $200 0 |
| Minus Agency Commissions | (23 8) | (23 0) | (26 3) | (24 5) |
| **Net Operating Revenue** | **$170.7** | **$164.4** | **$184.9** | **$175.4** |
| *% Growth* | *11 0%* | *(3 7%)* | *12 5%* | *(5 1%)* |
| Total Operating Expenses | (120 8) | (124 7) | (127 5) | (130 7) |
| **Total Station Operating Income** | **$49.9** | **$39.7** | **$57.4** | **$44.7** |
| *% Margin* | *29 2%* | *24 1%* | *31 0%* | *25 5%* |
| Corporate Expense | ($4 5) | ($4 7) | ($4 8) | ($4 9) |
| Restructuring Expenses (1) | (10 7) | - | - | - |
| Depreciation & Amortization | (11 4) | (10 9) | (13 2) | (13 4) |
| Interest, Net | (11 6) | (9 3) | (9 2) | (9 1) |
| Other (Income)/Expense | (0 2) | (0 2) | (0 2) | (0 2) |
| Income Before Taxes | $11 4 | $14 5 | $30 0 | $17 1 |
| Federal Taxes | - | - | - | - |
| State, Local and Licensing Taxes | (1 2) | (1 2) | (1 2) | (1 2) |
| **Net Income before Preferred Dividends** | **$10.2** | **$13.3** | **$28.8** | **$15.8** |
| Perferred Dividends | (6 8) | (7 9) | (9 0) | (10 4) |
| **Net Income to Common Shareholders** | **$3.4** | **$5.5** | **$19.7** | **$5.4** |
| **Broadcast Cash Flow** | | | | |
| Total Station Operating Income | $49 9 | $39 7 | $57 4 | $44 7 |
| Plus Program Amortization | 11 1 | 11 7 | 11 5 | 11 6 |
| Less Program Payments | (11 0) | (11 6) | (11 5) | (11 6) |
| **Total Broadcast Cash Flow** | **$50.0** | **$39.8** | **$57.4** | **$44.7** |
| *% Margin* | *29 3%* | *24 2%* | *31 1%* | *25 5%* |
| Minus Corporate Expense | (4 5) | (4 7) | (4 8) | (4 9) |
| **EBITDA** | **$45.4** | **$35.1** | **$52.7** | **$39.9** |
| *% Margin* | *26 6%* | *21 4%* | *28 5%* | *22 7%* |

Note Excludes fees payable to Gray Assumes $337 4 mm of reinstated debt and a $45 6 mm preferred issuance
(1) One-time fees associated with the emergence from bankruptcy

**EXHIBIT 4B**

## Balance Sheet

| ($ in Millions) | Fiscal Year Ending December 31, | | | |
|---|---|---|---|---|
| | 2010E | 2011E | 2012E | 2013E |
| **ASSETS** | | | | |
| Cash | $45.9 | $57.1 | $88.0 | $103.7 |
| Accounts Receivable | 26.8 | 27.9 | 29.1 | 30.1 |
| Prepaid Expenses | 2.0 | 2.0 | 2.2 | 2.1 |
| Total Current Assets | $74.8 | $86.9 | $119.2 | $135.9 |
| | | | | |
| Net property and equipment | 49.6 | 48.6 | 45.3 | 41.7 |
| Program License Rights | 39.0 | 45.5 | 53.1 | 61.5 |
| Other | 6.2 | 6.2 | 6.2 | 6.2 |
| Net Intangibles | 394.5 | 392.8 | 391.1 | 389.4 |
| **Total Assets** | **$564.2** | **$579.9** | **$614.9** | **$634.8** |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Accounts Payable | $6.0 | $5.8 | $6.5 | $6.2 |
| Accrued Expenses | 8.5 | 8.2 | 9.2 | 8.8 |
| Deferred Revenue | 2.3 | 2.2 | 2.5 | 2.4 |
| Total Current Liabilities | $16.8 | $16.2 | $18.2 | $17.3 |
| | | | | |
| Sr. Secured Term Loan | 333.9 | 330.4 | 326.9 | 323.4 |
| Program License Liability | 42.4 | 49.0 | 56.6 | 65.1 |
| Other Liabilities | 5.9 | 5.9 | 5.9 | 5.9 |
| Deferred Tax Liability | 51.9 | 51.9 | 51.9 | 51.9 |
| Total Liabilities | $451.0 | $453.4 | $459.6 | $463.6 |
| | | | | |
| Preferred Equity | 52.4 | 60.3 | 69.4 | 79.8 |
| Stockholders' Equity (Deficit) | 60.8 | 66.2 | 86.0 | 91.4 |
| **Total Liabilities & Stockholders' Equity** | **$564.2** | **$579.9** | **$614.9** | **$634.8** |

Note Assumes $337 4 mm of reinstated debt and a $45 6 mm preferred issuance

**EXHIBIT 4C**

## Statement of Cash Flows

| ($ in Millions) | Fiscal Year Ending December 31, | | | |
|---|---|---|---|---|
| | 2010E | 2011E | 2012E | 2013E |
| **OPERATING ACTIVITIES** | | | | |
| **Net income/(loss)** | $3.4 | $5.5 | $19.7 | $5.4 |
| Depreciation of Fixed Assets | 9.7 | 9.2 | 11.5 | 11.7 |
| Amortization of Intangibles | 1.7 | 1.7 | 1.7 | 1.7 |
| Amortization of Program License Rights | 11.1 | 11.7 | 11.5 | 11.6 |
| Non-Cash Preferred Dividends | 6.8 | 7.9 | 9.0 | 10.4 |
| Payments on Programming License Liabilities | (11.0) | (11.6) | (11.5) | (11.6) |
| Increase (Decrease) in Working Capital | 2.0 | (1.6) | 0.6 | (1.9) |
| **Cash Provided by (Used in) Operating Activities** | $23.8 | $22.8 | $42.6 | $27.4 |
| **INVESTING ACTIVITIES** | | | | |
| Capital Expenditures | (8.0) | (8.2) | (8.2) | (8.2) |
| **Cash Provided by (Used in) Investing Activities** | ($8.0) | ($8.2) | ($8.2) | ($8.2) |
| **FINANCING ACTIVITIES** | | | | |
| First Lien Term Loan Prepayment | (3.5) | (3.5) | (3.5) | (3.5) |
| **Cash Provided by (Used in) Financing Activities** | ($3.5) | ($3.5) | ($3.5) | ($3.5) |
| **Beginning Cash Balance (1)** | $33.6 | $45.9 | $57.1 | $88.0 |
| Net Change in Cash (2) | 12.3 | 11.2 | 30.9 | 15.7 |
| **Ending Cash Balance** | $45.9 | $57.1 | $88.0 | $103.7 |

(1) 12/31/09 cash balance includes the issuance of $45.6 mm in preferred stock, interest catch-up and principal payments of $23.8 mm and 2009 advisor fees and expenses

(2) Includes $10.7 mm of one time fees associated with the emergence from bankruptcy

# **EXHIBIT 4D**

## Delayed Recovery Case Summary P&L

| ($ in Millions) | Fiscal Year Ending December 31, | | | |
|---|---|---|---|---|
| | 2010E | 2011E | 2012E | 2013E |
| Net Operating Revenue | $165.2 | $158.6 | $178.5 | $169.5 |
| Growth | - | (4 0%) | 12 5% | (5 0%) |
| Broadcast Cash Flow | $40.9 | $32.0 | $49.1 | $36.8 |
| Margin | 24 8% | 20 2% | 27 5% | 21 7% |
| Growth | - | (21 8%) | 53 5% | (24 9%) |
| EBITDA | $36.3 | $27.3 | $44.3 | $31.9 |
| Margin | 21 9% | 17 2% | 24 8% | 18 8% |
| Growth | - | (24 7%) | 62 3% | (27 9%) |
| Free Cash Flow (After Mandatory Debt Service) | $2.7 | $3.5 | $22.8 | $8.2 |
| Year End Cash Balance | $36.3 | $39.8 | $62.6 | $70.8 |