# **EXHIBIT 5A**

## Public Comps

*($ in Millions)*

| Company | Share Price as of 11/4/09 | Equity Value | Enterprise Value | Net Debt / 2009E EBITDA | Enterprise Value / Revenue 2009 | Enterprise Value / Revenue 2010 | Enterprise Value / EBITDA 2009 | Enterprise Value / EBITDA 2010 | Enterprise Value / BCF 2009 | Enterprise Value / BCF 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Belo Corp | $4.65 | $486 | $1,552 | 7.2 x | 2.7 x | 2.6 x | 10.5 x | 9.5 x | 8.6 x | 7.9 x |
| Sinclair | 3.81 | 305 | 1,611 | 8.0 | 2.5 | 2.4 | 9.8 | 8.9 | 8.5 | 7.8 |
| Gray Television | 1.36 | 66 | 932 | 12.7 | 3.5 | 2.9 | 13.4 | 7.3 | 11.2 | 6.6 |
| LIN TV | 4.27 | 225 | 897 | 9.0 | 2.8 | 2.4 | 12.1 | 8.2 | 10.0 | 7.2 |
| Nexstar | 2.05 | 58 | 717 | 8.7 | 2.8 | 2.6 | 9.5 | 8.1 | 7.9 | 6.9 |
| Entravision | 2.20 | 188 | 533 | 6.5 | 2.9 | 2.7 | 10.0 | 8.6 | 8.1 | 7.1 |
| | | | **Mean** | **8.7 x** | **2.9 x** | **2.6 x** | **10.9 x** | **8.4 x** | **9.1 x** | **7.2 x** |
| | | | **Median** | **8.3** | **2.8** | **2.6** | **10.2** | **8.4** | **8.6** | **7.1** |
| | | | **High** | **12.7** | **3.5** | **2.9** | **13.4** | **9.5** | **11.2** | **7.9** |
| | | | **Low** | **6.5** | **2.5** | **2.4** | **9.5** | **7.3** | **7.9** | **6.6** |

Source: Projections are based on Wall Street consensus research estimates, most recent publicly available filings and company press releases
Note: Options are based on options outstanding and are calculated using the treasury method

# **EXHIBIT 5B**

# Precedent Comps

*($ in Millions)*

| Date Announced | Target | Notes | Acquiror | Consideration | Enterprise Value | Revenue LTM | Revenue Forward | BCF LTM | BCF Forward | EBITDA LTM | EBITDA Forward |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/09 | Hearst-Argyle Television | | Hearst Corporation | Cash | 1,105 | 1.5 x | 1.9 x | 4.5 x | 8.1 x | 5.1 x | 9.8 x |
| 03/23/09 | Central European Media | | Time Warner Inc | Cash | 1,758 | 1.7 x | 2.2 x | 5.1 x | 8.5 x | 5.8 x | 10.3 x |
| 01/05/09 | Raycom Media Stations | | Oak Hill Capital Partners | Asset Swap | 128 | na | na | na | na | na | 11.4 x |
| 01/05/09 | Local TV Stations | | Raycom Media | Asset Swap | 45 | na | na | na | na | na | 8.6 x |
| 06/30/08 | Dewry Communications Stations | | London Broadcasting | Cash | 115 | na | na | na | na | na | 12.6 x |
| 06/24/08 | Raycom Media Stations | | Sinclair Broadcasting Group | Cash | 85 | na | na | na | na | 11.3 x | 11.3 x |
| 12/22/07 | News Corp Stations | | Oak Hill Capital Partners | Cash | 1,100 | na | na | na | na | na | 11.0 x |
| 11/12/07 | Lincoln Financial Stations | (1) | Raycom Media | Cash | 503 | 5.8 x | na | na | na | 13.4 x | na |
| 08/06/07 | Westwind Communications | | Fisher Communications | Cash | 55 | na | na | na | na | na | na |
| 07/24/07 | Montecito Broadcast | | New Vision Television | Cash | na | na | na | 14.0 x | na | na | na |
| 04/19/07 | Clear Channel Stations | (2) | Providence Equity Partners | Cash | 1,012 | na | na | 11.2 x | 14.5 x | na | na |
| 02/07/07 | CBS Stations | | Cerberus Capital | Cash | 185 | na | na | na | na | 14.8 x | na |
| 01/04/07 | New York Times Stations | | Oak Hill Capital Partners | Cash | 575 | na | na | na | na | 13.7 x | 14.9 x |
| 11/15/06 | BlueStone TV Holdings | | Diamond Castle Holdings | Cash | 230 | 4.6 x | na | na | na | na | na |
| 08/01/06 | Media General Stations | (3) | New Vision Television | Cash | 35 | na | na | 15.0 x | na | na | na |
| 08/01/06 | Media General Stations | (3) | Morris Multimedia | Cash | 22 | na | na | 15.0 x | na | na | na |
| 07/28/06 | Media General Stations | (3) | Schurz Communications | Cash | 73 | na | na | 15.0 x | na | na | na |
| 06/27/06 | Univison | (4) | Investor Group | Cash | 13,374 | 6.4 x | 6.0 x | 17.6 x | 16.0 x | 18.2 x | 16.5 x |
| 06/08/06 | Tribune Stations | | Gannett | Cash | 180 | na | na | na | na | 12.9 x | na |
| 05/08/06 | Emmis Comm Stations | | Hearst-Argyle | Cash | 218 | 6.2 x | na | na | 11.5 x | na | na |
| 04/06/06 | NBC Universal Stations | (5) | Media General | Cash | 600 | 5.8 x | 5.1 x | 17.3 x | 12.5 x | na | na |
| 03/27/06 | Raycom Media Stations | | Barrington Broadcasting | Cash | 262 | na | na | na | na | na | na |
| 09/29/05 | Emmis Comm Stations | | Blackstone / SJL Broadcast | Cash | 259 | 3.9 x | 3.9 x | 13.5 x | 13.3 x | na | na |
| 08/25/05 | Liberty Corporation | | Raycom Media | Cash | 940 | 4.4 x | na | 11.6 x | 12.5 x | 13.5 x | 15.2 x |
| 08/22/05 | Emmis Comm Stations | | Lin TV | Cash | 260 | 4.3 x | 4.3 x | 13.1 x | 13.0 x | na | na |
| 08/22/05 | Emmis Comm Stations | | Journal Comm | Cash | 235 | 5.6 x | 5.5 x | 16.9 x | 16.8 x | na | na |
| 08/22/05 | Emmis Comm Stations | | Gray Television | Cash | 186 | 6.6 x | 6.5 x | 10.4 x | 10.3 x | na | na |
| 06/30/05 | Raycom Media Stations | | Univision | Cash | 190 | na | na | na | na | na | na |
| 12/02/04 | Sinclair Broadcast Station | (6) | Viacom | Cash | 285 | 6.1 x | 5.9 x | na | na | 10.6 x | 10.6 x |
| 09/12/03 | Quorum Broadcast | | Nexstar Broadcast | Cash / Stock | 272 | 4.1 x | na | na | 15.0 x | 12.7 x | na |
| 12/30/02 | ACME-TV Stations | | Tribune | Cash | 275 | 6.9 x | 6.1 x | na | na | 16.2 x | 14.9 x |
| 06/27/02 | Newsweb Station | | Fox Entertainment | Cash | 425 | 7.7 x | na | na | 15.0 x | na | na |
| 04/19/02 | Sinclair Broadcast Stations | | Tribune | Cash | 125 | 4.6 x | na | na | na | na | 21.0 x |
| 04/01/02 | Benedek (Station Holding Co) | | Gray Television | Cash | 503 | 4.6 x | 4.3 x | na | 10.1 x | 13.6 x | 10.5 x |
| 02/13/02 | Young Broadcasting Station | | Viacom | Cash | 650 | na | na | na | na | na | 13.5 x |
| 12/14/01 | Granite Broadcasting Station | (7) | NBC | Cash | 230 | na | na | na | 16.4 x | na | na |
| 10/11/01 | Telemundo Communications | | NBC | Cash / Stock | 2,680 | 6.9 x | na | na | na | 35.7 x | 23.3 x |
| 02/09/01 | Harriscope Station | | Telemundo Communications | Cash | 239 | 6.5 x | na | 15.2 x | na | na | na |
| 12/07/00 | USA Networks Stations | | Univision | Cash | 1,100 | nm | na | na | 9.8 x | nm | na |
| 08/14/00 | Chris-Craft TV Stations | | News Corp | Cash | 3,979 | 7.6 x | 8.8 x | na | 13.9 x | 28.2 x | 28.4 x |
| 09/07/00 | WMUR-TV Manchester NH | | Hearst-Argyle | Cash | 185 | na | na | 15.0 x | 13.6 x | na | na |
| 05/08/00 | Lee Enterprises Stations | | Emmis Broadcasting | Cash | 563 | 4.7 x | na | na | 13.6 x | 19.4 x | na |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Mean** | **5.3 x** | **5.0 x** | **13.1 x** | **12.9 x** | **15.3 x** | **14.3 x** |
| **Median** | 5.7 | 5.3 | 14.5 | 13.3 | 13.6 | 12.6 |
| **High** | 7.7 | 8.8 | 17.6 | 16.8 | 35.7 | 28.4 |
| **Low** | 1.5 | 1.9 | 4.5 | 8.1 | 5.1 | 8.6 |

Note  All trailing EBITDA numbers and forward EBITDA estimates add back stock-based compensation expense, in-process R&D and one-time extraordinary items where available
Note  Data based on information available at time of announcement
(1) Transaction value excludes Lincoln Financial's sports syndication business. Represents a blended 2007/2008 EBITDA multiple
(2) Enterprise value include approximately $80 million in working capital at the television stations
(3) In the aggregate, the transactions represent a multiple of 15x 2004/2005 BCF
(4) Investor group includes Madison Dearborn Partners, Providence Equity Partners, Texas Pacific Group, Thomas H Lee Partners and Saban Capital Group
(5) The transaction represents a multiple of 13.2 times 2004-2005 average BCF for the four stations to average years of political and Olympic revenue with off years
(6) Revenue and EBITDA are pro forma for synergies recognized due to the formation of a duopoly. Excluding synergies the transaction represented an estimated 15.0x EBITDA purchase price
(7) Forward BCF includes $37 million of network compensation owed to NBC as part of the existing affiliation agreement