SONNENSCHEIN NATH & ROSENTHAL LLP
Peter D. Wolfson
Jo Christine Reed
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Counsel for the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
In re: : Chapter 11
:
YOUNG BROADCASTING INC., *et al.*, : Case No. 09-10645 (AJG)
:
Debtors.[1] :
: (Jointly Administered)
------------------------------------------------------------------ x

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE DEBTORS
JOINT PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**[Related Docket No. 647]**

**PLEASE TAKE NOTICE** that Young Broadcasting Inc., and certain of its affiliates, as debtors and debtors in possession (collectively "Young Broadcasting" or the "Debtors") are filing this plan supplement (the "Plan Supplement") in connection with the Debtors' Joint Under Chapter 11 of the Bankruptcy Code, which was filed in the above-captioned chapter 11 cases on

---

[1] The Debtors in bankruptcy cases that are currently jointly administered under Case Number 09-10645 (AJG) are Young Broadcasting Inc.; Young Broadcasting of Lansing, Inc.; Young Broadcasting of Louisiana, Inc.; Young Broadcasting of Nashville, LLC; Young Broadcasting of Albany, Inc.; Young Broadcasting of Richmond, Inc.; Young Broadcasting of Knoxville, Inc.; Young Broadcasting of Green Bay, Inc.; Young Broadcasting of Davenport, Inc.; Young Broadcasting of Sioux Falls, Inc.; Young Broadcasting of Rapid City, Inc.; Young Broadcasting of San Francisco, Inc.; Young Broadcasting of Nashville, Inc.; Young Broadcasting of Los Angeles, Inc.; Young Broadcasting Shared Services, Inc.; Adam Young, Inc.; WKRN, G.P.; WATE, G.P.; KLFY, L.P.; YBT, Inc.; YBK, Inc.; LAT, Inc.; Winnebago Television Corporation; Fidelity Television, Inc.; Honey Bucket Films, Inc.; Young Broadcasting Capital Corp.; and Young Communications, Inc.

November 4, 2009 [Docket No. 647] (as amended from time to time, the "Plan").[2] The documents contained in the Plan Supplement are integral to and part of the Plan and, if the Plan is approved, shall be approved in the Confirmation Order. **The hearing to consider confirmation of the plan is scheduled for December 21, 2009**, **at 10:00 a.m. (prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, modify or supplement any document in the Plan Supplement; provided that if any document in the Plan Supplement is altered, amended, modified or supplemented in any material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

Dated: December 7, 2009
      New York, New York

Respectfully Submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By:      */s/ Jo Christine Reed*
     Peter D. Wolfson
     Jo Christine Reed
     1221 Avenue of the Americas
     New York, New York 10020
     Telephone: (212) 768-6700
     Facsimile: (212) 768-6800

*Counsel for the Debtors
and Debtors in Possession*

---

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan

# PLAN SUPPLEMENT DOCUMENTS

| | |
|---|---|
| Exhibit 1 | Equityholders Agreement among New Young Broadcasting Holding Co., Inc. and Each of the Equityholders of New Young Broadcasting Holding Co., Inc. named on the signature pages hereto. |
| Exhibit 2 | New Young Broadcasting Holding Co., Inc. Certificate of Amended and Restated Certificate of Incorporation |
| Exhibit 3 | Amended and Restated Bylaws of New Young Broadcasting Holding Co., Inc. |
| Exhibit 4 | Registration Rights Agreement among New Young Broadcasting Holding Co., Inc. and Each of the Holders of Equity Interests of New Young Broadcasting Holding Co., Inc. Party Hereto |
| Exhibit 5 | Warrant Agreement (Warrants to Purchase Class A Common Stock, par value $.01 per share) |
| Exhibit 6 | Lender Warrant Agreement (Warrants to Purchase Class A Common Stock, par value $.01 per share) |