**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Linda Dakin-Grimm (LD 5669)
Daniel M. Perry (DP 6966)
601 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| YOUNG BROADCASTING INC., *et al.*, | : | Case No. 09-10645 (AJG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**OBJECTION OF WACHOVIA BANK, N.A., AGENT FOR SENIOR SECURED LENDERS, TO THE PLAN OF REORGANIZATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Wachovia Bank, N.A. ("Wachovia"), the administrative agent for the senior secured lenders (the "Lenders") under the Credit Agreement dated as of May 3, 2005, with Young Broadcasting, Inc. ("YBI" or the "Company") and its subsidiaries (the "Debtors"), hereby objects to the confirmation of the Official Committee of Unsecured Creditors' (the "Committee") Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Committee Plan"). The bases for Wachovia's objection will be set forth in Wachovia's pre-hearing brief, which will be filed tomorrow, December 16, 2009 by 3 p.m. EST, as per the Court's authorization to extend the extend the filing date set in the November 6, 2009 Scheduling Order (Doc. No. 654). All the bases for Wachovia's objection will be set forth in the pre-hearing brief and are incorporated herein by reference.

Dated: December 15, 2009            Respectfully submitted,

                                          Milbank, Tweed, Hadley & McCloy, LLP

                                                Gregory A. Bray
                                                Fred Neufeld
                                                601 S. Figueroa St.
                                                Suite 3000
                                                Los Angeles, CA 90017
                                                Telephone: (213) 892-4000
                                                Facsimile:  (213) 629-5063


                                      By:    /s/ Daniel Perry_____
                                                Linda Dakin-Grimm (LD 5669)
                                                Daniel Perry (DP 6966)
                                                1 Chase Manhattan Plaza
                                                New York, N.Y. 10005
                                                Telephone: (212) 530-5000
                                                Facsimile:   (212) 530-0158