SONNENSCHEIN NATH & ROSENTHAL LLP
Peter D. Wolfson
Jo Christine Reed
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                                       :

In re:                             :      Chapter 11
                                         :

YOUNG BROADCASTING INC., *et al.*,     :      Case No. 09-10645 (AJG)
                                         :

                           Debtors.[1]     :
                                         :      (Jointly Administered)
----------------------------------------------------------------- x

**NOTICE OF FILING OF THIRD PLAN SUPPLEMENT FOR THE**
**DEBTORS JOINT PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**[Related Docket No. 640]**

     **PLEASE TAKE NOTICE** that Young Broadcasting Inc., and certain of its affiliates, as

debtors and debtors in possession (collectively "Young Broadcasting" or the "Debtors") are

filing this third plan supplement (the "Third Plan Supplement") in connection with the Debtors'

Joint Under Chapter 11 of the Bankruptcy Code, which was filed in the above-captioned chapter

---

[1]    The Debtors in bankruptcy cases that are currently jointly administered under Case Number 09-10645 (AJG) are Young Broadcasting Inc.; Young Broadcasting of Lansing, Inc.; Young Broadcasting of Louisiana, Inc.; Young Broadcasting of Nashville, LLC; Young Broadcasting of Albany, Inc.; Young Broadcasting of Richmond, Inc.; Young Broadcasting of Knoxville, Inc.; Young Broadcasting of Green Bay, Inc.; Young Broadcasting of Davenport, Inc.; Young Broadcasting of Sioux Falls, Inc.; Young Broadcasting of Rapid City, Inc.; Young Broadcasting of San Francisco, Inc.; Young Broadcasting of Nashville, Inc.; Young Broadcasting of Los Angeles, Inc.; Young Broadcasting Shared Services, Inc.; Adam Young, Inc.; WKRN, G.P.; WATE, G.P.; KLFY, L.P.; YBT, Inc.; YBK, Inc.; LAT, Inc.; Winnebago Television Corporation; Fidelity Television, Inc.; Honey Bucket Films, Inc.; Young Broadcasting Capital Corp.; and Young Communications, Inc.

11 cases on November 4, 2009 [Docket No. 640] (as amended from time to time, the "Plan").[2]

The documents contained in the Third Plan Supplement are integral to and part of the Plan and, if

the Plan is approved, shall be approved in the Confirmation Order. **The hearing to consider**

**confirmation of the plan is scheduled for January 19, 2009**, at 9:30 a.m. (prevailing Eastern

**Time)**.

        **PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter,

amend, modify or supplement any document in the Third Plan Supplement; provided that if any

document in the Second Plan Supplement is altered, amended, modified or supplemented in any

material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

Dated: January 15, 2009
     New York, New York                   Respectfully Submitted,


                                     SONNENSCHEIN NATH & ROSENTHAL LLP

                                     By:        */s/ Jo Christine Reed*
                                           Peter D. Wolfson
                                           Jo Christine Reed
                                           1221 Avenue of the Americas
                                           New York, New York 10020
                                           Telephone: (212) 768-6700
                                           Facsimile: (212) 768-6800

                                     *Counsel for the Debtors*
                                     *and Debtors in Possession*

---

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings ascribed to them in the
Plan

## THIRD PLAN SUPPLEMENT DOCUMENTS

Exhibit 10          Schedule of Non-Released Parties

Exhibit 11          Annex A to the Equityholders Agreement Among New Young
                    Broadcasting Holding Co., Inc. and Each of the Equityholders of New
                    Young Broadcasting Co., Inc. and Exhibit 1 to the Debtors Plan
                    Supplement

Exhibit 12          Summary of restructuring Transactions and Corporate Organizational
                    Documents