SONNENSCHEIN NATH & ROSENTHAL LLP
Peter D. Wolfson
Jo Christine Reed
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re: : Chapter 11
:
YOUNG BROADCASTING INC., *et al.*, : Case No. 09-10645 (AJG)
:
Debtors.[1] :
: (Jointly Administered)
---------------------------------------------------------------- x

**NOTICE OF FILING OF FOURTH PLAN SUPPLEMENT FOR THE**
**DEBTORS JOINT PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**[Related Docket No. 640]**

**PLEASE TAKE NOTICE** that Young Broadcasting Inc., and certain of its affiliates, as

debtors and debtors in possession (collectively "Young Broadcasting" or the "Debtors") are

filing this fourth plan supplement (the "Fourth Plan Supplement") in connection with the

Debtors' Joint Under Chapter 11 of the Bankruptcy Code, which was filed in the above-

captioned chapter 11 cases on November 4, 2009 [Docket No. 640] (as amended from time to

---

[1]   The Debtors in bankruptcy cases that are currently jointly administered under Case Number 09-10645 (AJG) are
     Young Broadcasting Inc.; Young Broadcasting of Lansing, Inc.; Young Broadcasting of Louisiana, Inc.; Young
     Broadcasting of Nashville, LLC; Young Broadcasting of Albany, Inc.; Young Broadcasting of Richmond, Inc.;
     Young Broadcasting of Knoxville, Inc.; Young Broadcasting of Green Bay, Inc.; Young Broadcasting of Davenport,
     Inc.; Young Broadcasting of Sioux Falls, Inc.; Young Broadcasting of Rapid City, Inc.; Young Broadcasting of San
     Francisco, Inc.; Young Broadcasting of Nashville, Inc.; Young Broadcasting of Los Angeles, Inc.; Young
     Broadcasting Shared Services, Inc.; Adam Young, Inc.; WKRN, G.P.; WATE, G.P.; KLFY, L.P.; YBT, Inc.; YBK,
     Inc.; LAT, Inc.; Winnebago Television Corporation; Fidelity Television, Inc.; Honey Bucket Films, Inc.; Young
     Broadcasting Capital Corp.; and Young Communications, Inc.

time, the "Plan").[2] The documents contained in the Fourth Plan Supplement are integral to and

part of the Plan and, if the Plan is approved, shall be approved in the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter,

amend, modify or supplement any document in the Fourth Plan Supplement; provided that if any

document in the Fourth Plan Supplement is altered, amended, modified or supplemented in any

material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

Dated: January 19, 2010
      New York, New York                Respectfully Submitted,


                                  SONNENSCHEIN NATH & ROSENTHAL LLP

                                  By: _____ */s/ Jo Christine Reed* _____
                                      Peter D. Wolfson
                                      Jo Christine Reed
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone:  (212) 768-6700
                                        Facsimile:   (212) 768-6800

                                    *Counsel for the Debtors*
                                    *and Debtors in Possession*

---

[2] Unless otherwise noted, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan

# FOURTH PLAN SUPPLEMENT DOCUMENTS

Exhibit 13          Biography of Tony Cassara

Exhibit 14          Biography of Kevin T. Shea

Exhibit 15          Resume of Sheldon H. Galloway

Exhibit 16          Resume of Thomas J. Sullivan